**EXHIBIT 2:** INFRINGEMENT
URL: https://www.facebook.com/viewsofhtx/photos/pb.100028842894489.-2207520000./605980559795839/?type=3

