**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| BEE CREEK PHOTOGRAPHY, LLC | § <br> § <br> § |
| *Plaintiff*, | § <br> § |
| v. | § <br> §  Case No: 4:25-cv-01553 |
| VIEWS OF TEXAS LLC | § <br> § <br> § |
| *Defendant*. | § <br> § <br> § <br> § |

## NOTICE OF APPEARANCE

NOTICE is hereby given that James H. Freeman is entering his appearance as counsel for Plaintiff Bee Creek Photography, LLC.

Dated:   April 7, 2025
         Uniondale, New York

                                                             Respectfully Submitted:

                                                             s/*James H. Freeman*/
                                                             By: James H. Freeman
                                                             SANDERS LAW GROUP
                                                             333 Earle Ovington Blvd., Suite 402
                                                             Uniondale, NY 11553
                                                             (516) 203-7600
                                                             jfreeman@sanderslaw.group

                                                             *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

The foregoing notice of appearance was served via CM/ECF on all parties of record on April 7, 2025

                                            s/*James H Freeman/*
                                            James H. Freeman