| TO:<br><br>**Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559** | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |
|---|---|

| Action or Appeal? **Action** | | Court Name and Location |
|---|---|---|
| Docket No.<br>4:25−cv−01553 | Date Filed:<br>4/4/2025 | SOUTHERN DISTRICT OF TEXAS<br><br>HOUSTON DIVISION<br>United States District Court<br>515 Rusk Ave<br>Houston, TX 77002 |

| Plaintiff(s)<br>Bee Creek Photography, LLC | Defendant(s)<br>Views of Texas LLC |
|---|---|

In compliance with the provisions of 17 U.S.C. § 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

**A copy of the complaint is attached.**

| Clerk:<br>Nathan Ochsner, Clerk | By Deputy Clerk:<br>H. Carr | Date:<br>4/8/2025 |
|---|---|---|