# AFFIDAVIT OF SERVICE

| Case: 4:25-cv-01553 | Court: IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS | County: USDC | Job: 13198040 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Bee Creek Photography | | **Defendant / Respondent:** Views of Texas LLC | |
| **Received by:** White Glove Legal Service | | **For:** Sanders Law Group | |
| **To be served upon:** Views of Texas LLC c/o Sikiru Ogunboyejo | | | |

I, Corey Johns, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Views of Texas LLC c/o Sikiru Ogunboyejo, Home: 15520 Schumann Lane, Houston, TX 77083
**Manner of Service:** Personal/Individual, Apr 26, 2025, 11:29 am CDT
**Documents:** Summons (Received Apr 16, 2025 at 7:30am CDT)

**Additional Comments:**
1) Successful Attempt: Apr 26, 2025, 11:29 am CDT at Home: 15520 Schumann Lane, Houston, TX 77083 delivered to Views of Texas LLC c/o Sikiru Ogunboyejo.

_____   4/28/25
Corey Johns                Date
PSC 18368 EXP 3/31/26

White Glove Legal Service
945 McKinney St 145
Houston, TX 77002

Subscribed and sworn to before me by the affiant who is personally known to me.

Keely Nicole Campbell
Notary Public
4/28/25                    12/2/25
Date                       Commission Expires

KEELY NICOLE CAMPBELL
Notary ID #131348371
My Commission Expires
December 2, 2025