**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| BEE CREEK PHOTOGRAPHY, LLC | § <br> § <br> § |
| Plaintiff, | § <br> § |
| v. | § <br> § Case No: 4:25-cv-01553 |
| VIEWS OF TEXAS LLC | § <br> § |
| Defendant. | § <br> § <br> § <br> § |

## CLERK'S CERTIFICATE OF DEFAULT

I, _____, Clerk of the United States District Court for the Southern District of Texas, do hereby certify that this action was commenced on April 4, 2025 with the filing of a summons and complaint.  On April 26, 2025, a copy of the summons and complaint was served on defendant Views of Texas LLC ("Defendant") by personally serving a person authorized to accept service on Defendant's behalf.  Proof of service was therefore filed onApril 29, 2025 [Dkt. No. 8].  I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein.  The default of the defendant is hereby noted.

Dated:_____, 2025

Houston, Texas

By:    _____

Deputy Clerk