UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Bee Creek Photography, LLC

v.   Case Number: 4:25−cv−01553

Views of Texas LLC

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Dena Hanovice Palermo

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 10/15/2025

**TIME:** 10:15 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   August 4, 2025

Nathan Ochsner, Clerk